IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE 1, JOHN DOE 2, and JANE DOE 1, individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| | § | Case No. 1:25-cv-01319-RP |
| v. | § § § | |
| KROLL RESTRUCTURING ADMINISTRATION LLC (f/k/a Prime Clerk LLC), | § § § | |
| Defendant. | § § | |

## AGREED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the following Agreed Scheduling Order is issued by the Court:

1.     A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **December 11, 2026**.

2.     The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **July 2, 2026**, and each opposing party shall respond, in writing, on or before **July 31, 2026**. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3.     Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before **April 10, 2026**.

4.     The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before **September 4, 2026**.

5.  Discovery opens **May 29, 2026**. Before **September 4, 2026**, the parties shall prioritize discovery relevant to class certification but are not precluded from conducting discovery on merits issues during that time.

6.  The parties shall complete all discovery on or before **February 5, 2027**.

7.  All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **March 5, 2027**. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **April 16, 2027**. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

8.  Plaintiff shall file a motion for class certification on or before **June 11, 2027** and shall be limited to 40 pages. Responses shall be filed and served on all other parties not later than **July 23, 2027** and shall be limited to 40 pages. Any replies shall be filed and served on all other parties not later than **September 3, 2027** and shall be limited to 20 pages, but the Court need not wait for the reply before ruling on the motion.

9.  An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 relevant to class certification shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, on or before **July 23, 2027** and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than **September 3, 2027** and shall be limited to 20 pages. Any replies shall be filed

and served on all other parties not later than **October 1, 2027** and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

10. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 related to dispositive motions shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, on or before **October 1, 2027**. Responses shall be filed and served on or before **November 12, 2027**. Any replies shall be filed and served on all other parties on or before **December 10, 2027,** but the Court need not wait for the reply before ruling on the motion.

11. All dispositive motions shall be filed on or before **October 1, 2027**, and shall be limited to 20 pages. Responses shall be filed and served on all other parties on or before **November 12, 2027** and shall be limited to 20 pages. Any replies shall be filed and served on all other parties on or before **December 10, 2027**, but the Court need not wait for the reply before ruling on the motion.

12. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference. **The parties shall not complete the following paragraph. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

13. This case is set for jury trial commencing at 9:00 a.m. on _____.

Jury selection may be conducted by a Magistrate Judge and may occur the Friday before the case is set for trial. Because criminal and civil cases are often set for the same trial week, the Court may need to reschedule your trial shortly before the trial date. If the parties resolve their dispute after 5:00 p.m. the day before jury selection or resolve their dispute earlier but fail to timely notify the Court, the parties may be assessed up to $5,000 for the lost opportunity to schedule other matters and to cover court costs like summoning the jury panel and paying the fees of the jury panel.

The parties may modify the deadlines in this order by agreement, with the exception of the dispositive motions deadline, hearing dates, and trial date. Those dates are firm. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this order. For cases brought pursuant to the Freedom of Information Act (FOIA), the parties may instead follow the standard disclosure process and will have an initial pretrial conference only by request.

SIGNED on _____, 20_____.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

AGREED: April 9, 2026.

/s/ Ashley Hoff
Ashley Hoff
Texas Bar No. 00790448
**McDermott Will & Schulte LLP**
300 Colorado Street, Suite 2200
Austin, TX 78701
Telephone: (512) 298-4664
Facsimile: (512) 532-0002
ahoff@mcdermottlaw.com

Richard Salgado
Texas Bar No. 24060548
**McDermott Will & Schulte LLP**
2801 North Harwood Street, Suite 2600
Dallas, TX 75201
Telephone: (214) 210-2797
Facsimile: (972) 232-3098
richard.salgado@mcdermottlaw.com

*Counsel for Defendant Kroll Restructuring Administration LLC*

/s/ Nicholas Hall
Nicholas Andrew Hall
State Bar No. 24069863
**HALL ATTORNEYS, P.C.**
nhall@hallattorneys.com
P.O. Box 1370
Edna, Texas 77957
+1 713 428 8967

Renner K. Walker*
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
(646) 357-1100

James J. Pizzirusso\*
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
(202) 540-7200

\**Pro hac vice* forthcoming

*Counsel for Plaintiffs and Putative Classes*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

_____,

      Plaintiff(s),

v.

_____,

      Defendant(s).

§
§
§
§
§
§
§
§
§
§
§

1:__-CV-_____-RP

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73,

and the Local Rules of the United States District Court for the Western District of Texas, the

following party _____

through counsel _____

_____ consents to having a United States Magistrate Judge preside over the trial in this case.

_____ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

_____

Attorney for:

_____